# Summons

In the matter of __William Waller Jr.__
Internal Revenue Service (Division): __Criminal Investigation__
Industry/Area (name or number): __Las Vegas Field Office__
Periods: __1998 through 2004__

## The Commissioner of Internal Revenue

**To:** Vision Properties, Inc. Custodian of Records
**At:** 5041 N. Rainbow Blvd., Las Vegas, Nevada 89031

You are hereby summoned and required to appear before __Special Agent Scott Gum__ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attachment.

**Do not write in this space**

06 1112
**FILED**
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Business address and telephone number of IRS officer before whom you are to appear:**
110 City Parkway, Room 200, Las Vegas, Nevada 89106  Tel. (702) 868-5123

**Place and time for appearance at** 110 City Parkway, Room 200, Las Vegas, Nevada 89106

**IRS**

on the __26th__ day of __May__, __2006__ at __9:00__ o'clock __a.__ m.
Issued under authority of the Internal Revenue Code this __26th__ day of __April__, __2006__.

Department of the Treasury
**Internal Revenue Service**
www.irs.gov

Signature of issuing officer — Special Agent / Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Signature of approving officer (if applicable) / Title

**Part C — to be given to noticee**



# Provisions of the Internal Revenue Code

## Sec. 7602. Examination of books and witnesses

(a) *Authority to Summon, etc.* - For the purpose of ascertaining the correctness of any return, making a return where none has been made, determining the liability of any person for any internal revenue tax or the liability at law or in equity of any transferee or fiduciary of any person in respect of any internal revenue tax, or collecting any such liability, the Secretary is authorized -
    (1) To examine any books, papers, records, or other data which may be relevant or material to such inquiry.
    (2) To summon the person liable for tax or required to perform the act, or any officer or employee of such person, or any person having possession, custody, or care of books of account containing entries relating to the business of the person liable for tax or required to perform the act, or any other person the Secretary may deem proper, to appear before the Secretary at a time and place named in the summons and to produce such books, papers, records, or other data, and to give such testimony, under oath, as may be relevant or material to such inquiry; and
    (3) To take such testimony of the person concerned, under oath, as may be relevant or material to such inquiry.

(b) *Purpose may include inquiry into offense.* - The purposes for which the Secretary may take any action described in paragraph (1), (2), or (3) of subsection (a) include the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws.

(c) *Notice of contact of third parties.* -
    (1) *General Notice.* - An officer or employee of the Internal Revenue Service may not contact any person other than the taxpayer with respect to the determination or collection of the tax liability of such taxpayer without providing reasonable notice in advance to the taxpayer that contacts with persons other than the taxpayer may be made.
    (2) *Notice of specific contacts.* - The Secretary shall periodically provide to a taxpayer a record of persons contacted during such period by the Secretary with respect to the determination or collection of the tax liability of such taxpayer. Such record shall also be provided upon request of the taxpayer.
    (3) *Exceptions.* - This subsection shall not apply-
        (A) to any contact which the taxpayer has authorized,
        (B) if the Secretary determines for good cause shown that such notice would jeopardize collection of any tax or such notice may involve reprisal against any person, or
        (C) with respect to any pending criminal investigation.

(d) *No administrative summons when there is Justice Department referral.*-
    (1) *Limitation of authority.* - No summons may be issued under this title, and the Secretary may not begin any action under section 7604 to enforce any summons, with respect to any person if a Justice Department referral is in effect with respect to such person.
    (2) *Justice Department referral in effect.* - For purposes of this subsection-
        (A) *In general.* - A Justice Department referral is in effect with respect to any person if-
            (i) the Secretary has recommended to the Attorney General a grand jury investigation of, or the criminal prosecution of, such person for any offense connected with the administration or enforcement of the internal revenue laws or
            (ii) any request is made under section 6103(h)(3)(B) for the disclosure of any return or return information (within the meaning of section 6103(b)) relating to such person.
        (B) *Termination.* - A Justice Department referral shall cease to be in effect with respect to a person when-
            (i) the Attorney General notifies the Secretary, in writing, that -
                (I) he will not prosecute such person for any offense connected with the administration or enforcement of the internal revenue laws,
                (II) he will not authorize a grand jury investigation of such person with respect to such an offense, or
                (III) he will discontinue such a grand jury investigation.
            (ii) a final disposition has been made of any criminal proceeding pertaining to the enforcement of the internal revenue laws which was instituted by the Attorney General against such person, or
            (iii) the Attorney General notifies the Secretary, in writing, that he will not prosecute such person for any offense connected with the administration or enforcement of the internal revenue laws relating to the request described in sub paragraph (A)(ii).
    (3) *Taxable years, etc., treated separately.* - For purposes of this subsection, each taxable period (or, if there is no taxable period, each taxable event) and each tax imposed by a separate chapter of this title shall be treated separately.

(e) *Limitation on examination on unreported income.* - The Secretary shall not use financial status or economic reality examination techniques to determine the existence of unreported income of any taxpayer unless the Secretary has a reasonable indication that there is a likelihood of such unreported income.

---

Authority to examine books and witness is also provided under sec. 6420 (e)(2) - Gasoline used on farms: sec. 6421(g)(2) - Gasoline used for certain nonhighway purposes by local transit systems, or sold for certain exempt purposes; and sec. 6427(j)(2) - Fuels not used for taxable purposes.

* * * * *

## Sec. 7603. Service of summons

(a) *In general* - A summons issued under section 6420(e)(2), 6421(g)(2), 6427(j)(2), or 7602 shall be served by the Secretary, by an attested copy delivered in hand to the person to whom it is directed, or left at his last and usual place of abode; and the certificate of service signed by the person serving the summons shall be evidence of the facts it states on the hearing of an application for the enforcement of the summons. When the summons requires the production of books, papers, records, or other data, it shall be sufficient if such books, papers, records, or other data are described with reasonable certainty

(b) *Service by mail to third-party recordkeepers.* -
    (1) *In general.* - A summons referred to in subsection (a) for the production of books, papers, records, or other data by a third-party recordkeeper may also be served by certified or registered mail to the last known address of such recordkeeper.
    (2) *Third party record keeper.* - For purposes of paragraph (1), the term *third-party recordkeeper* means -
        (A) any mutual savings bank, cooperative bank, domestic building and loan association, or other savings institution chartered and supervised as a savings and loan or similar association under Federal or State law, any bank (as defined in section 581), or any credit union (within the meaning of section 501 (c)(14)(A));
        (B) any consumer reporting agency (as defined under section 603(f) of the Fair Credit Reporting Act (15 U.S.C. 1681 a(f));
        (C) Any person extending credit through the use of credit cards or similar devices;
        (D) any broker (as defined in section 3(a)(4) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(4));
        (E) any attorney;
        (F) any accountant;
        (G) any barter exchange (as defined in section 6045(c)(3));
        (H) any regulated investment company (as defined in section 851) and any agent of such regulated investment company when acting as an agent thereof;
        (I) any enrolled agent; and
        (J) any owner or developer of a computer software source code (as defined in section 7612(d)(2)). Subparagraph (J) shall apply only with respect to a summons requiring the production of the source code referred to in subparagraph (J) or the program and data described in section 7612(b)(1)(A)(ii) to which source code relates.

## Sec. 7604. Enforcement of summons

(a) *Jurisdiction of District Court.* - If any person is summoned under the internal revenue laws to appear, to testify, or to produce books, papers, records, or other data, the United States district court for the district in which such person resides or is found shall have jurisdiction by appropriate process to compel such attendance, testimony, or production of books, papers, records, or other data.

(b) *Enforcement.* - Whenever any person summoned under section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602 neglects or refuses to obey such summons, or to produce books, papers, records, or other data, or to give testimony, as required, the Secretary may apply to the judge of the district court or to a United States Commissioner[1] for the district within which the person so summoned resides or is found for an attachment against him as for a contempt, it shall be the duty of the judge or commissioner[1] to hear the application, and, if satisfactory proof is made, to issue an attachment, directed to some proper officer, for the arrest of such person, and upon his being brought before him to proceed to a hearing of the case; and upon such hearing the judge or the United States Commissioner[1] shall have power to make such order as he shall deem proper, not inconsistent with the law for the punishment of contempts, to enforce obedience to the requirements of the summons and to punish such person for his default or disobedience.

---

[1] Or United States magistrate, pursuant to P L. 90-578.

* * * * *

## Sec. 7605. Time and place of examination

(a) *Time and place.* - The time and place of examination pursuant to the provisions of section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602 shall be such time and place as may be fixed by the Secretary and as are reasonable under the circumstances. In the case of a summons under authority of paragraph (2) of section 7602, or under the corresponding authority of section 6420(e)(2), 6421 (g)(2) or 6427(j)(2), the date fixed for appearance before the Secretary shall not be less than 10 days from the date of the summons.

## Sec. 7610. Fees and costs for witnesses

(a) *In general.* - The secretary shall by regulations establish the rates and conditions under which payment may be made of -
    (1) fees and mileage to persons who are summoned to appear before the Secretary, and
    (2) reimbursement for such costs that are reasonably necessary which have been directly incurred in searching for, reproducing, or transporting books, papers, records, or other data required to be produced by summons.

(b) *Exceptions.* - No payment may be made under paragraph (2) of subsection (a) if -
    (1) the person with respect to whose liability the summons is issued has a proprietary interest in the books, papers, records or other data required to be produced, or
    (2) the person summoned is the person with respect to whose liability the summons is issued or an officer, employee, agent, accountant, or attorney of such person who, at the time the summons is served, is acting as such.

(c) *Summons to which section applies.* - This section applies with respect to any summons authorized under section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602.

## Sec. 7210. Failure to obey summons

Any person who, being duly summoned to appear to testify, or to appear and produce books, accounts, records, memoranda or other papers, as required under sections 6420(e)(2), 6421(g)(2), 6427(j)(2), 7602, 7603, and 7604(b), neglects to appear or to produce such books, accounts, records memoranda, or other papers, shall, upon conviction thereof, be fined not more than $1,000, or imprisoned not more than 1 year, or both, together with costs of prosecution.

Form 2039 (Rev. 12-2001)

ATTACHMENT TO SUMMONS ISSUED TO: Vision Properties Inc.

FOR THE YEARS: 1998 - 2004

Any and all records relative to financial transactions to BILL WALLER or WILLIAM J WALLER JR (SSN: 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).

To include but not limited to:

All records to include records disclosing the nature and dates of non-employee compensation payments to WILLIAM J WALLER JR.

U.S. Information Returns (Forms 1099) disclosing fees, commissions, etc. paid; documents showing how fees were earned including real estate sales settlement statements; all background records including applications for self-employment, personnel files, credit checks, background investigations, etc.

RECORD FORMAT: In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in 3 1/2 inch diskettes or compact disks (CDs). ASCII fixed length files are preferred, however, ASCII delimited format is acceptable. A record layout for the data is also requested.

(a) Notice-
(1) In general. - If any summons to which this section applies requires the giving of testimony on or relating to, the production of any portion of records made or kept on or relating to, or the production of any computer software source code (as defined in 7612(d)(2)) with respect to, any person (other than the person *summoned*) who is identified in the summons, then notice of the summons shall be given to any person so identified within 3 days of the day on which such service is made, but no later than the 23rd day before the day fixed in the summons as the day upon which such records are to be examined. Such notice shall be accompanied by a copy of the summons which has been served and shall contain an explanation of the right under subsection (b)(2) to bring a proceeding to quash the summons.
(2) Sufficiency of notice. - Such notice shall be sufficient if, on or before such third day, such notice is served in the manner provided in section 7603 (relating to service of summons) upon the person entitled to notice, or is mailed by certified or registered mail to the last known address of such person, or, in the absence of a last known address, is left with the person summoned. If such notice is mailed, it shall be sufficient if mailed to the last known address of the person entitled to notice or, in the case of notice to the Secretary under section 6903 of the existence of a fiduciary relationship, to the last known address of the fiduciary of such person, even if such person or fiduciary is then deceased, under a legal disability, or no longer in existence.
(3) Nature of summons. - Any summons to which this subsection applies (and any summons in aid of collection described in subsection (c)(2)(D)) shall identify the taxpayer to whom the summons relates or the other person to whom the records pertain and shall provide such other information as will enable the person summoned to locate the records required under the summons.

(b) Right to intervene; right to proceeding to quash. -
(1) Intervention. - Notwithstanding any other law or rule of law, any person who is entitled to notice of a summons under subsection (a) shall have the right to intervene in any proceeding with respect to the enforcement of such summons under section 7604.
(2) Proceeding to quash. -
(A) In general. - Notwithstanding any other law or rule of law, any person who is entitled to notice of a summons under subsection (a) shall have the right to begin a proceeding to quash such summons not later than the 20th day after the day such notice is given in the manner provided in subsection (a)(2). In any such proceeding, the Secretary may seek to compel compliance with the summons.
(B) Requirement of notice to person summoned and to Secretary. - If any person begins a proceeding under subparagraph (A) with respect to any summons, not later than the close of the 20-day period referred to in subparagraph (A) such person shall mail by registered or certified mail a copy of the petition to the person summoned and to such office as the Secretary may direct in the notice referred to in subsection (a)(1).
(C) Intervention, etc. - Notwithstanding any other law or rule of law, the person summoned shall have the right to intervene in any proceeding under subparagraph (A). Such person shall be bound by the decision in such proceeding (whether or not the person intervenes in such proceeding).

(c) Summons to which section applies. -
(1) In general. - Except as provided in paragraph (2), this section shall apply to any summons issued under paragraph (2) of section 7602(a) or under sections 6420(e)(2), 6421(g)(2), 6427(j)(2), or 7612.
(2) Exceptions. - This section shall not apply to any summons
(A) served on the person with respect to whose liability the summons is issued, or any officer or employee of such person;
(B) issued to determine whether or not records of the business transaction or affairs of an identified person have been made or kept;
(C) issued solely to determine the identity of any person having a numbered account (or similar arrangement) with a bank or other institution described in section 7603(b)(2)(A);
(D) issued in aid of the collection of-
(i) an assessment made or a judgment rendered against the person with respect to whose liability the summons is issued, or
(ii) the liability at law or in equity of any transferee or fiduciary of any person referred to in clause (i).
(E) - (i) issued by a criminal investigator of the Internal Revenue Service in connection with the investigation of an offense connected with the administration or enforcement of the internal revenue laws, and
(ii) served on a person who is not a third-party recordkeeper (as defined in section 7603(b)), or
(F) described in subsection (f) or (g).
(3) Records. - For purposes of this section, the term records includes books, papers, and other data.

(d) Restriction on examination of records. - No examination of any records required to be produced under a summons to which notice is required under subsection (a) may be made -
(1) before the close of the 23rd day after the day notice with respect to the summons is given in the manner provided in subsection (a)(2), or
(2) where a proceeding under subsection (b)(2)(A) was begun within the 20-day period referred to in such subsection and the requirements of subsection (b)(2)(B) have been met, except in accordance with an order of the court having jurisdiction of such proceeding or with the consent of the person beginning the proceeding to quash.

(e) Suspension of Statute of Limitations. -
(1) Subsection (b) action. - If any person takes any action as provided in subsection (b) and such person is the person with respect to whose liability the summons is issued (or is the agent, nominee, or other person acting under the direction or control of such person), then the running of any period of limitations under section 6501 (relating to the assessment and collection of tax) or under section 6531 (relating to criminal prosecutions) with respect to such person shall be suspended for the period during which a proceeding, and appeals therein, with respect to the enforcement of such summons is pending.
(2) Suspension after 6 months of service of summons. - In the absence of the resolution of the summoned party's response to the summons, the running of any period of limitations under section 6501 or under section 6531 with respect to any person with respect to whose liability the summons is issued (other than a person taking action as provided in subsection (b)) shall be suspended for the period-
(A) beginning on the date which is 6 months after the service of such summons, and
(B) ending with the final resolution of such response.

(f) Additional requirements in the case of a John Doe summons. -
Any summons described in subsection (c)(1) which does not identify the person with respect to whose liability the summons is issued may be served only after a court proceeding in which the Secretary establishes that -
(1) the summons relates to the investigation of a particular person or ascertainable group or class of persons,
(2) there is a reasonable basis for believing that such person or group or class of persons may fail or may have failed to comply with any provision of any internal revenue law, and
(3) the information sought to be obtained from the examination of the records or testimony (and the identity of the person or persons with respect to whose liability the summons is issued) is not readily available from other sources.

(g) Special exception for certain summonses. -
A summons is described in this subsection if, upon petition by the Secretary, the court determines, on the basis of the facts and circumstances alleged, that there is reasonable cause to believe the giving of notice may lead to attempts to conceal, destroy, or alter records relevant to the examination, to prevent the communication of information from other persons through intimidation, bribery, or collusion, or to flee to avoid prosecution, testifying, or production of records.

(h) Jurisdiction of district court; etc. -
(1) Jurisdiction. - The United States district court for the district within which the person to be summoned resides or is found shall have jurisdiction to hear and determine any proceedings brought under subsection (b)(2), (f), or (g). An order denying the petition shall be deemed a final order which may be appealed.
(2) Special rule for proceedings under subsections (f) and (g) .- The determinations required to be made under subsections (f) and (g) shall be made ex parte and shall be made solely on the petition and supporting affidavits.

(i) Duty of summoned party. -
(1) Recordkeeper must assemble records and be prepared to produce records- On receipt of a summons to which this section applies for the production of records, the summoned party shall proceed to assemble the records requested, or such portion thereof as the Secretary may prescribe, and shall be prepared to produce the records pursuant to the summons on the day on which the records are to be examined.
(2) Secretary may give summoned party certificate. - The Secretary may issue a certificate to the summoned party that the period prescribed for beginning a proceeding to quash a summons has expired and that no such proceeding began within such period, or that the taxpayer consents to the examination.
(3) Protection for summoned party who discloses. - Any summoned party, or agent or employee thereof, making a disclosure of records of testimony pursuant to this section in good faith reliance on the certificate of the Secretary or an order of a court requiring production of records or the giving of such testimony shall not be liable to any customer or other person for such disclosure.
(4) Notice of suspension of statue of limitations in the case of a John Doe summons. - In the case of a summons described in subsection (f) with respect to which any period of limitations has been suspended under subsection (e)(2), the summoned party shall provide notice of such suspension to any person described in subsection (f).

(j) Use of summons not required. -
Nothing in this section shall be construed to limit the Secretary's ability to obtain information, other than by summons, through formal or informal procedures authorized by sections 7601 and 7602.

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201-0040

7112 7667 8555 2072 4872

WILLIAM WALLER
1104 SABLE MIST CT
LAS VEGAS, NV 89144-1632048

Letter Number: 3219(SC/CG)
Letter Date: JUNE 7, 2005

Taxpayer Identification Number:
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

Tax Form: 1040

Tax Year Ended and Deficiency
DECEMBER 31, 2003   $99,821.24

Contact Person:
MR. PARIZEK   29-61699

Contact Telephone Number:
(866) 899-9083
(TOLL FREE NUMBER)

Hours to Call:
7:00 AM TO 7:00 PM MON-FRI

Last Date to Petition Tax Court:
SEPTEMBER 6, 2005

Penalties/Additions to Tax
| | | |
|---|---|---|
| IRC Section | 6651(a)(1) | $22,459.78 |
| IRC Section | 6654(a) | $2,575.69 |
| IRC Section | 6651(a)(2) | $5,490.17 |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

| FORM 5564(Rev. June 1992) | Department of the Treasury --- Internal Revenue Service<br>**NOTICE OF DEFICIENCY - WAIVER** | Symbols<br>OGDEN<br>STOP 4388 |
|---|---|---|

Name and Address of Taxpayer(s)

WILLIAM WALLER
1104 SABLE MIST CT
LAS VEGAS, NV  89144-1632048

JUNE 7, 2005
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

| Kind of Tax<br>INDIVIDUAL INCOME | ☐ Copy to Authorized Representative | |
|---|---|---|
| Tax Year Ended<br>DECEMBER 31, 2003 | **DEFICIENCY** | |
| | Increase in Tax    $99,821.24 | Penalties |
| | IRC Section  6651(a)(1)<br>IRC Section  6654(a)<br>IRC Section  6651(a)(2) | $22,459.78<br>$2,575.69<br>$5,490.17 |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | | Date |
|---|---|---|---|
| | | | Date |
| | By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records.**

FORM 5564(Rev. 6-92)

| Form **4549** | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | Page 2 of 2 | |
|---|---|---|---|
| **Name and Address of Taxpayer**<br>WILLIAM WALLER | | **SS or EI Number:**<br>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 | **Return Form No:**<br>1040 |
| **17. Penalties** | | **Period End 12/31/2003** | **Period End** |
| a. Delq-IRC 6651(a) (2)<br>b. Delq-IRC 6651(a) (1)<br>c. Estimated Tax – IRC 6654<br>d.<br>e.<br>f.<br>g.<br>h.<br>i.<br>j.<br>k.<br>l. | | 5,490.17<br>22,459.78<br>2,575.69 | |
| **18. Total Penalties** | | 30,525.63 | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed. | | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed. | | | |
| Underpayment attributable Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | | | |
| **19. Summary of Taxes, Penalties and Interest:**<br>a. Balance due or Overpayment Taxes – Line 16, Page 1<br>b. Penalties (Line 18, Page 2)-computed to 4/8/05<br>c. Interest (IRC§ 6601)-computed to May 8, 2005<br>d. TMT Interest – computed 4/8/05 on TMT underpayment<br>e. Amount due or refund (sum of lines a, b, c and d) | | 99,821.24<br>30,525.63<br>6,168.95<br><br>136,515.82 | |

**Other Information:**

| Examiner's Signature:<br>Mr. Parizek | Employee ID:<br>29-61699 | Office:<br>Ogden, UT | Date:<br>April 8, 2005 |
|---|---|---|---|

Consent to Assessment and Collection – I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager or Director of Field Operations.

| PLEASE NOTE: If a joint return was filed, BOTH taxpayers must sign | Signature of Taxpayer | Date | Signature of Taxpayer | Date |
|---|---|---|---|---|
| By: | | Title | | Date |

Form CG-4549

| Cat. No. 61258E MAE Form **4549** | Department of the Treasury - Internal Revenue Service **Income Tax Examination Changes** | | Page 1 of 2 |
|---|---|---|---|
| **Name and Address of Taxpayer** WILLIAM WALLER 1104 SABLE MIST CT LAS VEGAS NV 89144-1632 048 | SS or EI Number: 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 | | Return Form No: 1040 |
| | Person with whom examination changes were discussed. | | Name and Title: |
| **1. Adjustments to Income** | **Period End** 12/31/2003 | | **Period End** |
| a. Standard Deduction b. Non-Employee Compensation c. SE AGI Adjustment d. Dividends e. f. g. h. i. j. k. l. m. n. o. | (4,750.00) 297,367.00 (9,376.00) 87.00 | | |
| 2. **Total Adjustments** 3. Taxable Income Per Return or as Previously Adjusted | 283,328.00 0.00 | | |
| 4. **Corrected Taxable Income**      Tax Method      Filing Status 5. **Tax** 6. Additional Taxes / Alternative Minimum Tax | 283,328.00 Tax Rate Schedules Single 81,069.24 | | |
| 7. Corrected Tax Liability | 81,069.24 | | |
| 8. **Less Credits**   a.    b.    c. | | | |
| 9. **Balance** (Line 7 less total of lines 8a through 8d) | 81,069.24 | | |
| 10. Plus Other Taxes | a. Self-Employment Tax b. c. | 18,752.00 | |
| 11. **Total Corrected Tax Liability** (line 9 plus line 10a - 10d) 12. 12. Total Tax Shown on Return or as Previously Adjusted 13. Adjustments to:   a.   Special Fuels Credit       b.       c. | 99,821.24 0.00 | | |
| 14. **Deficiency-Increase in Tax** or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) 15. Adjustments to Prepayment Credits | 99,821.24 0.00 | | |
| 16. Balance Due or (Overpayment) (Line 14 adjusted by Line 15) ( Excluding interest and penalties) | 99,821.24 | | |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.
You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Form CG-4549

Name of Taxpayer:   WILLIAM WALLER
Identification Number:  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                                             April 8, 2005

**2003         SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX**

Primary
WILLIAM WALLER                                          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

| | |
|---|---:|
| 1. Self-employment income | 297,367.00 |
| 2. Multiply line 1 by 92.35% | 274,618.42 |
| 3. Farm Optional Method Income | |
| 4. Non-Farm Optional Method Income | |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 274,618.42 |
| 6. Maximum earnings subject to social security | 87,000.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 87,000.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 10,788.00 |
| 12. Multiply line 5 by 2.90% | 7,963.93 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 18,751.93 |

Secondary

1. Self-employment income
2. Multiply line 1 by
3. Farm Optional Method Income
4. Non-Farm Optional Method Income
5. Earnings subject to self-employment tax (sum of 2, 3, 4)
6. Maximum earnings subject to social security
7. Social Security wages and tips from W-2
8. Unreported tips from Form 4137
9. Sum of lines 7 and 8
10. Line 6 less line 9
11. Multiply the smaller of line 5 or 10 by
12. Multiply line 5 by
13. Self-Employment Tax (sum of lines 11 and 12)

Internal Revenue Service  
110 CITY PARKWAY  
STOP:5206LVG  
LAS VEGAS, NV 89106

Department of the Treasury

**Letter Date:**  
03/06/2006  
**Social Security or Employer Identification Number**  
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  
**Person to Contact:**  
BOB SOTO  
**Contact Telephone Number:**  
(702)868-5380  
**Employee Identification Number:**  
88-96944

**CERTIFIED MAIL - RETURN RECEIPT**

WILLIAM WALLER  
1104 SABLE MIST CT  
LAS VEGAS, NV 89144-1632

# FINAL NOTICE
## NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
*PLEASE RESPOND IMMEDIATELY*

Your Federal tax is still not paid. We previously asked you to pay this, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

We may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request Appeals consideration within 30 days from the date of this letter, we may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. For more information, we've enclosed Publication 594, *What You Should Know About the IRS Collection Process,* Publication 1660, *Collection Appeal Rights,* and Form 12153, *Request for a Collection Due Process Hearing.* To preserve your right to contest Appeals' decision in the U.S. Tax Court or U.S. District Court, you must send us the completed Form 12153 within 30 days from the date of this letter.

To prevent collection action, please send your full payment today. Make your check or money order payable to U.S. Treasury. Write your social security number or employer identification number on your payment. Send your payment to us in the enclosed envelope with a copy of this letter.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Below is a brief explanation of the interest and/or failure to pay penalty that may be included in the amount you owe:

**Interest - Internal Revenue Code Section 6601**  
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

Page 1

Letter 1058 (DO) (Rev. 6-2005)  
Catalog Number: 40488S

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have recently paid this tax or you can't pay it, call us immediately at the telephone number shown at the top of this letter and let us know.

Sincerely yours,

*[signature]*

BOB SOTO
REVENUE OFFICER

The amount you owe through 04/05/2006 is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | Amount You Owe |
|---|---|---|---|---|---|
| 1040 | 12/31/2003 | $144525.92 | $3992.84 | $4588.84 | $153107.60 |
| | | | | Total: | $153107.60 |

Enclosures:
Copy of this letter
Pub. 594
Pub. 1660
Form 12153

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

**CERTIFIED MAIL**

7178 2665 9394 5972 6886

Letter Date: 03/21/2006
Taxpayer Identification Number:
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

Contact Person:
BOB SOTO

Employee Identification Number:
88-96944

Contact Telephone Number:
(702) 868-5380

WILLIAM WALLER
1104 SABLE MIST CT
LAS VEGAS, NV 89144-1632

1051

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on **03/14/2006**

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/2003 | 144525.92 |

The lien attaches to all the property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights*.

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing*, and mail it to:

Internal Revenue Service
LAS VEGAS
110 CITH PARKWAY
LAS VEGAS, NV 89106

You must request your hearing by **04/20/2006**.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed. To get the current amount owed, contact the person whose name and telephone number appear at the top of this letter.

(over)

Letter 3172 (DO) rev. (11-2004)
Catalog No. 267671

Mar 25 05 09:00a   The Waller team   702-366-

| Form 668 (Y)(c) (Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |  |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #11 Lien Unit Phone: (303) 446-1447 | | Serial Number 216843205 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

**Name of Taxpayer:** WILLIAM WALLER

**Residence:** 1104 SABLE MIST CT LAS VEGAS, NV 89144-1632

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | 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 | 09/23/2002 | 10/23/2012 | 44769.23 |
| 1040 | 12/31/1999 | 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 | 08/09/2004 | 09/08/2014 | 170509.12 |
| 1040 | 12/31/2000 | 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 | 08/09/2004 | 09/08/2014 | 68854.94 |
| 1040 | 12/31/2001 | 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 | 11/15/2004 | 12/15/2014 | 106624.14 |
| 1040 | 12/31/2002 | 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 | 11/15/2004 | 12/15/2014 | 293788.78 |
| 6702 | 12/31/1998 | 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 | 09/04/2000 | 10/04/2010 | 500.00 |

**Place of Filing**
COUNTY RECORDER
CARSON CITY COUNTY
CARSON CITY, NV 89701

**Total:** 685038.21

This notice was prepared and signed at DENVER, CO, on this, the 23rd day of March, 2005.

Signature: [signed] for BOB SOTO

Title: REVENUE OFFICER (702) 455-1347   31-08-2604

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT NO 60025X
668 (Y)(c) (Rev 02-04)

| Form 668 (Y)(c) (Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|
| **Area:**<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>(800) 913-6050 | | **Serial Number**<br>278465106 | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

**Name of Taxpayer** WILLIAM WALLER

**Residence** 1104 SABLE MIST CT
LAS VEGAS, NV 89144-1632

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2003 | 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 | 10/24/2005 | 11/23/2015 | 144525.92 |

**Place of Filing**
COUNTY RECORDER
CLARK COUNTY
LAS VEGAS, NV 89155

**Total** 144525.92

This notice was prepared and signed at ___DENVER, CO___, on this, the __09th__ day of __March__, __2006__.

Signature: R. A. Mitchell for BOB SOTO

Title: REVENUE OFFICER (702) 868-5380   26-07-2604

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form **668 (Y)(c)** (Rev. 02-04)